UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 10-38 (NLH)

v. :

LOURDES MONTANEZ RODRIGUEZ,
  a/k/a "Maria Rodriguez" : <u>DETENTION ORDER</u>

      This matter having been opened to the Court on Motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant United States Attorney, appearing on behalf of the United States) for an order, pursuant to Title 18, United States Code, Section 3143(a), detaining defendant Lourdes Montanez Rodriguez, a/k/a "Maria Rodriguez" ("Defendant") (Carlos A. Ferrer, Esq. appearing on behalf of Defendant), without bail pending sentencing in the above-entitled matter; and Defendant having earlier consented to an order of pre-trial detention, pursuant to Title 18, United States Code, Section 3142(e), without prejudice to seek a bail hearing if a bail package could be compiled; and Defendant having since pled guilty to the charge against her; in view of the Government's Motion for pre-sentence detention the Court makes the following findings:

    1.    On January 26, 2010, Defendant pled guilty to a single-count Information, Crim. No. 10-38 (NLH), which charged her with knowingly and intentionally conspiring and agreeing with R.A., D.R., and others to commit an offense against the United States, namely, to buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited, and altered obligations and other securities of the United States, with the intent that the same be passed, published, and used as true and genuine, contrary to Title 18, United States Code, Section 473, in violation of Title

18, United States Code, Section 371. The offense charged in the Information carries a maximum penalty of five years' imprisonment.

2. Defendant is currently being detained by the State of New Jersey (the "State") because of criminal proceedings in Hudson County Superior Court.

3. Defendant is a citizen of Peru and possesses no legal immigration status in the United States, and upon that basis the United States Department of Homeland Security, Immigration and Customs Enforcement, has lodged a detainer seeking custody of Defendant should she be released from the custody of the State and/or the custody of the United States.

4. Defendant, before this Court, has consented to detention without prejudice to seek a hearing at a future time.

IT IS, therefore, on this 1st day of February, 2010,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that:

A. the Government's motion for an order detaining defendant pending sentencing is hereby GRANTED, and Defendant is hereby Ordered detained pending sentencing in the above captioned case;

B. Defendant shall be remanded to the custody of the State;

C. If and when Defendant is released from State custody she shall be remanded and thereafter committed to the custody of the United States Attorney General for confinement in a corrections facility pending sentencing, and it is further,

ORDERED, that, once Defendant is turned over to the custody of the United States Attorney General, she upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, shall be delivered to a United

2

States Marshal for the purpose of appearances in connection with court proceedings; and it is further,

ORDERED that the United States Marshal for this District file a detainer with the State, or its designee, consistent with this Order, to ensure that the State remand Defendant to the custody of the United States Attorney General, should the State release Defendant from detention.

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

AGREED AND CONSENTED TO:

_____ 1/27/10
André M. Espinosa,
Assistant United States Attorneys

_____ 1/27/10
Carlos A. Ferrer, Esq.
Counsel for Defendant

3